1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   WILLIE WEAVER,                    )   1:15-cv-01083-AWI-BAM (PC)
                                      )
10              Plaintiff,            )
                                      )
11       vs.                          )   ORDER DISMISSING ACTION WITHOUT
                                      )   PREJUDICE TO REFILING WITH
                                      )   SUBMISSION OF $400.00 FILING FEE
12  YOKUMA, et al.,                   )   (Doc. 1)
                                      )
13              Defendants.           )
                                      )
14                                    )
                                      )
15

16       Plaintiff Willie Weaver, CDCR #J-91389, is a state prisoner proceeding pro se.  Weaver

17  filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 6, 2015.

18       Although Weaver has not filed an application to proceed in forma pauperis, the Court

19  finds that Weaver is subject to 28 U.S.C. § 1915(g), which provides that "[i]n no event shall a

20  prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior

21  occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of

22  the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

23  a claim upon which relief may be granted, unless the prisoner is under imminent danger of

24  serious physical injury."[1]

25

26  [1] The Court takes judicial notice of <u>Weaver v. California Correctional Institution Building A-4 A-4, et al.</u>, 1:06-cv-
    01429-OWW-SMS (finding that absent a showing of imminent danger of serious physical injury, Weaver was
27  ineligible to proceed in forma pauperis under 28 U.S.C. § 1915(g), identifying three previous actions dismissed for
    failure to state a claim, frivolousness or maliciousness, and dismissing action as frivolous and malicious on April 20,
    2007); <u>Weaver v. California Correctional Institution Confinement SHU</u>, 1:06-cv-00671-OWW-SMS (dismissing
28  action for failure to state a claim and as frivolous on July 17, 2006); <u>Weaver v. California Correctional Institution –</u>

                                        1

1    The Court has reviewed Weaver's complaint and his allegations do not satisfy the

2    imminent danger exception to Section 1915(g).  Andrews v. Cervantes, 493 F.3d 1047, 1055-56

3    (9th Cir. 2007).  In his complaint, Weaver alleges the following:

4        Plaintiff is not double cell status.  He was a victim in past.  Plaintiff dragged [sic],
         kicked, 6-2-15 punched from Correctional Officer Yokum Correctional Officer
5        Sheldon.  Plaintiff was forced, into cell, when Plaintiff is single cell status.  At the
         time of fileing [sic] this civil rights complaint Plaintiff is at risk of serious injury
6        which is imminent at the time of fileing [sic].  The defendant show [deliberate]
         indifference under the color of state law.
7

8    (ECF No. 1, p. 3.)  Although disjointed and difficult to understand, Weaver's complaint appears

9    to involve allegations of past misconduct by correctional officers and his objection to double-cell

10   status.  However, none of Weaver's allegations demonstrate that he was under imminent danger

11   of serious physical injury from double-cell status at the time he filed his complaint.  Indeed,

12   Weaver's allegations do not suggest that he is in any imminent danger from the correctional

13   officers named in his complaint or from any purported cellmate.  Weaver's conclusory assertions

14   are not sufficient.  Therefore, Weaver must pay the $400.00 filing fee if he wishes to litigate this

15   action.

16       Accordingly, this action is DISMISSED without prejudice to refiling accompanied by the

17   $400.00 filing fee.

18       This terminates the action in its entirety.

19

20   IT IS SO ORDERED.

21   Dated:   August 3, 2015                              _____

22                                                        SENIOR  DISTRICT  JUDGE

23

24

25

26

27   Third Watch Lieutenant, 1:06-cv-00775-OWW-LJO (dismissing action for failure to state a claim and as frivolous
     on July 17, 2006); and Weaver v. California Correctional Institution Law Library, 1:06-cv-00863-OWW-SMS
28   (dismissing action for failure to state a claim and as frivolous on August 1, 2006).

2